AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

**SEALED**

| | |
|---|---|
| United States of America<br>v.<br><br>CRISTIAN MANUEL TOVAR-OLIVARES and<br>SNAIDER STHIFERSON CASTRO HIDALGO<br><br>*Defendant(s)* | Case No. 8:25MJ401 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 6, 2025__ in the county of __Buffalo__ in the _____ District of __Nebraska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Attempted Bank Larceny |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Brandon Stigge, TFO, FBI
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☑ Sworn to before me by telephone or other reliable electronic means.

Date: 7/9/2025

_____
Judge's signature

City and state: Omaha, Nebraska

MICHAEL D. NELSON, U.S. Magistrate Judge
*Printed name and title*